

March 1, 2022

*VIA ECF*

Honorable Justice Ronnie Abrams.
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

                Re:      **Peralta et al v. Saggio Restaurant et al**
                             **Case No.  21-cv-00606**

Dear Judge Abrams:

    I represent the Defendants in the above matter, I write this letter with the consent of the Plaintiff's counsel with whom I maintain a terrific, cordial, and professional relationship.

    I write this letter to respectfully request a one-week adjournment to submit the revised settlement agreement as per the Court's order (Docket # 20).  I ask for this adjournment due to the fact that my client has been out of the country and has no access to his emails and will not return to the US until the end of the week.

    I thank the Court for consideration in this matter

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
March 2, 2022

Respectfully Submitted,

      /s/Stephen Hans
Stephen D. Hans (SH-0798)
30-30 Northern Boulevard
Suite# 401
Long Island City, NY 11101
Tel: 718-275-6700

www.hansassociates.com